IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John Mark Shell, ) | |
| ) | C/A No.: 8:06-3081-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| NFN Kemp, Supervisor at Greenwood ) | |
| Vocational Rehab Center; NFN Floyd, ) | |
| Supervisor at Greenwood Vocational ) | |
| Rehab Center; and Greenwood Vocational ) | |
| Rehab Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff John Mark Shell is a pretrial detainee at the Greenwood County Detention Center in Greenwood, South Carolina. Plaintiff, appearing pro se, brings this complaint pursuant to 42 U.S.C. § 1983, alleging "neglect" on the part of his supervisors at his former employer, the Greenwood site of the South Carolina Vocational Rehabilitation Department.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bruce Howe Hendricks for pretrial handling. The Magistrate Judge issued a Report and Recommendation on November 1, 2006 in which she recommended that the complaint be summarily dismissed. Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by

the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has thoroughly reviewed the record. The court concurs in the Report and Recommendation of the Magistrate Judge and incorporates it herein by reference. The case is summarily dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour  
United States District Judge

November 29, 2006

Columbia, South Carolina

2